# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

*WHEREAS* **EUGENIA MARIE JENNINGS, also known as EUGENIA JENNINGS,** was convicted in the United States District Court for the Southern District of Illinois on an indictment (Docket No. 3:00-cr-30122-01-GPM) charging violations of Section 841(a)(1), Title 21, United States Code, for which a sentence of 262 months' imprisonment, eight years' supervised release, a fine of $1,750.00, and a special assessment of $200.00 was imposed on February 23, 2001; and

*WHEREAS* the said **EUGENIA MARIE JENNINGS, also known as EUGENIA JENNINGS,** has been confined continuously since her arrest on June 22, 2000, and is presently incarcerated at the Federal Medical Center - Carswell in Fort Worth, Texas; and

*WHEREAS* the said **EUGENIA MARIE JENNINGS, also known as EUGENIA JENNINGS,** filed a petition for commutation of her prison sentence, seeking her release from prison; and

*WHEREAS* the ends of justice do not require the said prisoner to remain confined until her currently projected release date of June 28, 2019, and the safety of the community will not be compromised if she is released before that date;

NOW, THEREFORE, BE IT KNOWN that I, **BARACK OBAMA**, President of the United States of America, in consideration of the premises, divers other good and sufficient reasons me thereunto moving, do hereby grant the said application and commute the prison sentence imposed upon the said **EUGENIA MARIE JENNINGS, also known as EUGENIA JENNINGS,** to expire on December 21, 2011, leaving intact and in effect the eight-year term of supervised release with all its conditions and all other components of the sentence.

IN TESTIMONY WHEREOF I have hereunto signed my name and caused the seal of the Department of Justice to be affixed. I hereby direct the Department of Justice to deliver to the Bureau of Prisons and to the prisoner a certified copy of this document as proof of my action.



*Done at the City of Washington this 21st day of November in the year of our Lord Two thousand and eleven and of the Independence of the United States the two hundred and thirty-sixth.*

**BARACK OBAMA**
**President**