

U.S. Department of Justice

Office of the Pardon Attorney

*Washington, D.C. 20530*

DEC 12 2011

Nancy J. Rosenstengel
Clerk of Court
United States District Court
for the Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201

Re: Eugenia Marie Jennings, aka Eugenia Jennings
Docket No. 3:00-cr-30122-01-GPM
Applicant for executive clemency

Dear Ms. Rosenstengel:

This is to inform you that on November 21, 2011, the President commuted the prison sentence of Eugenia Marie Jennings, who was convicted in your court in the above-numbered case, as follows: prison sentence to expire on December 21, 2011, leaving intact and in effect the eight-year term of supervised release with all its conditions and all other components of the sentence.

Enclosed is a copy of the warrant of executive clemency, which you may retain for your files. Please make the appropriate notation in your records.

Sincerely,

Ronald L. Rodgers

Ronald L. Rodgers
Pardon Attorney

Enclosure

RECEIVED

DEC 15 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE